UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MARY DONALD, et al., )
 )
    Plaintiffs, )
 )
v. ) CIVIL NO. 2:11cv43
 )
UNITED STATES OF AMERICA, et al., )
 )
    Defendants. )

OPINION AND ORDER

This matter is before the court on a "Motion of Defendant United States of America to Dismiss or, Alternatively, for Summary Judgment", filed by the United States on April 6, 2011. The plaintiffs, Mary Donald (individually and as parent and natural guardian of DD and TD, deceased minors) and Jovan Mays (as parent and natural guardian of DD and TD, deceased minors), filed their response on April 25, 2011. The United States has declined to file a reply. For the following reasons, the motion to dismiss will be granted without prejudice.

Discussion

In its motion, the United States points out that, as sovereign, it is immune from suit without its consent, and thus the plaintiffs' exclusive remedy against federal defendants is the Federal Tort Claims Act ("FTCA"). The United States argues that the FTCA mandates dismissal of plaintiffs' claims against it for failure to wait six months before initiating judicial litigation to allow HHS an opportunity to attempt to administratively settle the claim.

In their response, the plaintiffs state that when they filed suit they had no way of verifying whether the defendants were acting within the scope of any employment as public health service employees. The plaintiffs agree that the present case should be dismissed without

prejudice, and they request leave to file their complaint against the United States, as the six-month waiting period has elapsed.

Thus, the court will dismiss the present case without prejudice and grant leave to the plaintiffs' to file their complaint.

## Conclusion

On the basis of the foregoing, the United States' motion to dismiss is hereby GRANTED and this case is dismissed WITHOUT PREJUDICE. Further, the plaintiffs' request for leave to file their complaint against the United States is hereby GRANTED.

Entered: June 2, 2011.

s/ William C. Lee<br>
William C. Lee, Judge<br>
United States District Court